A. T. & J. HARDIN *v.* JAS. M. CLARKSON ET AL.

Judgment—Favorable to Defendants.

A judgment of court, more favorable to defendants than the record discloses, and from which the complainants do not appeal,, will not be disturbed.

APPEAL FROM KENTON CIRCUIT COURT.

May 30, 1868.

OPINION OF THE COURT BY JUDGE WILLIAMS:

If it be conceded that the sale of the office of pest settler by Campbell to Hardin was illegal and void and the express contract unenforcible by reason thereof, the consequence would be the implied assumpsit in law of the Hardins to pay Campbell for his houses and goods, which they got of him their reasonable cash value, which we think the court properly fixed at $1,050, five hundred of which was paid down, leaving unpaid $550.

This $550, Campbell's creditors had a right to attach, and the court having so determined, A. T. & J. Hardin prosecute this appeal.

The court adjudged the $550 due in three future payments agreeable to the contract, when the law assumed it to be due at once on the reception of the houses and goods, but this error could not be ungenerous to the Hardin's, and the creditors do not complain.

Judgment affirmed.

*Carlisle & O'Hara, for appellants.*